UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| In re: KRISTINA INGRAM, Debtor | CASE NO. 2:20-bk-71265 |
| | Chapter 7 |

| | |
|---|---|
| KRISTINA INGRAM | Plaintiff |
| VS. | AP CASE NO. 2:21-ap-07004 |
| THE UNITED STATES DEPARTMENT OF EDUCATION, GREAT LAKES EDUCATIONAL LOAN SERVICER, INC., MISSOURI HIGHER EDUCATION LOAN AUTHORITY, NAVIENT CORPORATION, and JOHN DOES I, II, III, and IV | Defendants |

COMPLAINT TO DETERMINE
DISCHARGEABILITY OF STUDENT LOANS

COMES NOW the Plaintiff-Debtor, Kristina Ingram, and for her complaint to determine the dischargeability of student loans owed to Defendants, pursuant to 11 U.S.C. 523(a)(8), "undue hardship", states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334.

2. This action is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2)(I).

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1409.

## The Parties

4. Plaintiff is an individual residing at 5137 West Creek Road in Ozark, Franklin County, Arkansas.

5. Defendant United States Department of Education is a federal agency headquartered at 400 Maryland Avenue, SW, Washington, DC 20202 which originates and insures educational loans.

6. Defendant Great Lakes Educational Loan Services, Inc. ("Great Lakes") acts as a servicer for the United States Department of Education and is therefore a necessary party to this proceeding. Great Lakes is a corporation organized and existing under the laws of the State of Wisconsin, headquartered at 2401 International Lane, Madison, Wisconsin 53704.

7. Defendant Missouri Higher Education Loan Authority is a quasi-governmental entity created by the State of Missouri which owns and services educational loans and which is headquartered at 633 Spirit Drive, Chesterfield, MO 63005. Other records show the company name as Higher Education Loan Authority of the State of Missouri (MOHELA) which is registered as a corporation in Rhode Island and whose registered agent is Ct Corporation, 450 Veterans Memorial Parkway, Suite 7a, East Providence, RI 02914.

8. Defendant Navient provides Federal Family Education Loan Program ("FFELP") loans and servicing for FFELP loan portfolios; and servicing and asset recovery services for loans on behalf of guarantors of FFELP loans, guaranty agencies, higher education institutions, the United States Department of Education, and other federal clients, as well as states, courts, and municipalities. Navient also acquires, finances, and services private education loans.

9. Defendant Navient is a Delaware corporation with principal executive offices at 123 Justison Street, Wilmington, Delaware 19801. The registered agent for Navient is Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

10. John Does I, II, III, and IV are listed in the event that the Debtor has incorrectly listed the names of the separate Defendants above and needs to later amend so that the styling correctly reflects the names of the same. The Debtor does believe that she has the proper registered agents for the named entities.

### Facts

11. The Debtor is disabled, and her primary source of income is from Social Security Disability benefits in the amount of $1229.00 per month. Exhibits A & B.

12. The Debtor does work part-time but due to her disability, she is unable to work full-time. The Debtor was injured several years ago and suffers from seizures and migraines. Because she is only able to work when these conditions permit, her income varies somewhat. From her part-time work, she earns approximately $900 per month giving her a total monthly income of approximately $2,129.

13. At this time, the Debtor's total student loans are in excess of $76,594 and as of May 31, 2020, according to the Federal Student Aid website, her monthly payment would be $2,168. If she were required to make the full payment, she would only be left with approximately $61 per month for living expenses.

14. The Debtor's current living expenses are as follows:

| | |
|---|---|
| Utilities: | $180.00 |
| Phone/Internet: | $129.00 |
| Rent: | $400.00* |

| | |
|---|---|
| Food/Groceries: | $240.00 |
| Clothing: | $10.00 |
| Medical/Dental: | $75.00 |
| Health Insurance: | $48.50 |
| Transportation: | $200.00 |
| Auto Insurance: | $214.96 |
| Car Payment: | $287.00 |
| Life Insurance: | $38.27 |
| Other debt payments: | $480.00 |
| Storage: | $50.00 |
| Total | $2352. 73 |

\*The debtor's living expenses have changed somewhat since she filed her bankruptcy petition. She had been living with a relative and was not paying rent but is now paying $400 per month in rent. Her utility expenses have also increased for the same reason. These living expenses are necessary and reasonable, and are expected to remain the same, or increase, in the foreseeable future.

15. After the Debtor's necessary and reasonable living expenses are paid, the Debtor has no discretionary income.

16. The Debtor is extremely limited in her income for the foreseeable future and will not likely earn anywhere near the amount required to pay her student loan debt.

17. The totality of the Debtor's circumstance indicates a past and present inability of the Debtor to meet her student loan obligations, and the Debtor's student loan should be discharged. Based upon the "totality of the circumstances" with a particular analysis of the (1) the Debtor's past, present, and reasonably reliable future financial resources; (2) calculation of the Debtor's reasonable and necessary living expenses; and (3) any other relevant facts and

4

circumstances surrounding the Debtor's case, the Debtor can show that repayment of her student loans create an "undue hardship", and she should be discharged of the liability on her student loans.

18. Debtor requests that summons be issued to the following:

United States Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

United States Attorney
414 Parker Ave.
Fort Smith, AR 72901

US Attorney General
10th & Constitution Ave.
Washington, D.C. 20530

Great Lakes Educational Loan Services, Inc.
2401 International Lane
Madison, Wisconsin 53704.

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005

Higher Education Loan Authority of the State of Missouri (MOHELA)
c/o Ct Corporation
450 Veterans Memorial Parkway, Suite 7a
East Providence, RI 02914.

Navient
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808.

WHEREFORE, Debtor prays summons be issued as requested, that the Court discharge her student loan obligations, and for all other relief to which she may be entitled.

Respectfully submitted,

*/s/ Mickey Stevens*
Attorney
American Disability Action Group, PLLC
2615 N. Prickett Rd., Ste 2
Bryant, AR 72022
501-481-8923
mickeystevens@outlook.com