IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **INGRAM, KRISTINA** | ) | |
| SS #xxx-xx-3501 | ) | |
| | ) | Case No. **2:20-bk-71265** |
| Debtor. | ) | (Chapter 7) |

| | | |
|---|---|---|
| **KRISTINA INGRAM**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. **2:21-ap-07004** |
| | ) | |
| **THE UNITED STATES DEPARTMENT** | ) | |
| **OF EDUCATION,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION OF EDUCATIONAL CREDIT
MANAGEMENT CORPORATION TO SUBSTITUTE AS PARTY DEFENDANT, AMEND
STYLE AND EXTEND ITS TIME WITHIN WHICH TO PLEAD**

  **COMES NOW** the proposed Defendant**,** Educational Credit Management Corporation, a non-profit corporation ("ECMC"), by and through its counsel, who makes application to the Court for an *ex parte* Order joining and substituting ECMC as party defendant in this adversary proceeding for the named Defendants, Great Lakes Educational Loan Servicer (sic: Services), Inc., n/k/a Ascendium Education Solutions, Inc., Missouri Higher Education Loan Authority and Navient Corporation (the "Substituted Defendants"), pursuant to *Rules 7019 and 7021, F.R. Bankr. P.*, and *Rules 19 and 21, F.R. Civ. P., Tit. 28, U.S.C.*, and to extend its time within which to plead for an additional thirty (30) days from its original answer date of March 8, 2021, or to April 7, 2021, pursuant to *Rule 7012(a), F.R.Bankr.P.*  In support of its motion, ECMC states as follows:

1.     The undersigned counsel consulted with counsel for Plaintiff who advised he interposes no objection to the relief sought hereby.

2.     ECMC, pursuant to its contract with education loan guarantors, has taken an assignment of a portion of the education loans in question; the holders of the promissory notes have made a claim under ECMC's contract with them, and ECMC has accepted the same.  ECMC has paid under the terms of its assignment, and the affected promissory notes have been endorsed and assigned to ECMC. [1]

3.     ECMC is, or will shortly become the owner and holder of the assigned education loan promissory notes.

4.     ECMC is engaged in the claims administration process mandated by the Federal Family Educational Loan Program, established by the **Higher Education Act of 1965**, *Pub. L. No. 89-329, Nov. 8, 1965, Tit. IV, 79 Stat. 1219 (20 U.S.C. §§ 1071-1087-4)*, and administered by the Department of Education of the United States, whose regulations concerning same are found at *34 C.F.R. §§ 682.100 et seq.*, and is now, or shortly will become, the owner and holder of the underlying promissory note(s).

5.     Accordingly, ECMC is the true defending party in interest herein, and the Substituted Defendants should be dismissed herefrom, with ECMC substituted in their stead.

---

[1] After the filing of the adversary complaint, pursuant to Federal Regulations and the loans' guaranty, the lenders, Missouri Higher Education Loan Authority ("MOHELA") and JPMorgan Chase Education Loan Trust SLMA Trust MS1814 ("Chase"), filed a claim with the loans' guarantor, Ascendium Education Solutions, Inc., which was formerly known as Great Lakes Higher Education Loan Services, Inc. ("Ascendium"). 34 CFR 682.402(f)(5)(i)(c). Ascendium, who already held a contingent interest in the underlying education loan promissory notes as their guarantor, paid the bankruptcy claim and all right, title, and interest transferred to Ascendium. By agreement, Ascendium assigns its loans that are subject to an adversary proceeding to ECMC to defend.  Ascendium has assigned or is assigning all right, title and interest in the education loan promissory notes to ECMC as noted below, and ECMC holds or will hold all right, title and

**WHEREFORE**, ECMC respectfully makes application to the Court for its *ex parte* Order (a) allowing ECMC to be substituted as the proper defending party in this adversary proceeding as provided in *Rules 19 and 21, F.R. Civ. P., Tit. 28, U.S.C.*, as made applicable by *Rule 7019, 7021, F.R. Bankr. P.,* dismissing the Substituted Parties herefrom; (b) amending the title of this proceeding accordingly; (c) providing this proceeding be continued without prejudice to any matter already had herein; (d) extend its time within which to plead for an additional thirty (30) days from its original answer date to April 7, 2021; and (e) providing such other and further relief as the Court may deem just and equitable in the premises.

**RESPECTFULLY SUBMITTED** this 24th day of February, 2021.

s/    Mac D. Finlayson
**MAC D. FINLAYSON, OBA #2921**
ELLER & DETRICH, P.C.
2727 East 21st Street, Ste. 200
Tulsa, OK 74114-3533
Telephone: 918.747.8900
Facsimile: 918.392.9452
E-mail: mfinlayson@ellerdetrich.com

***ATTORNEY FOR EDUCATIONAL CREDIT MANAGEMENT CORPORATION, a non-profit corporation ("ECMC")***

## CERTIFICATE OF SERVICE

The undersigned certifies on the date signified by the Notice of Electronic Filing accompanying this pleading, all parties to this proceeding were served through their counsel of record through electronic means established by this Court's CM/ECF protocols.

s/    Mac D. Finlayson
**Mac D. Finlayson, OBA #2921**

---

interest thereto. Upon information and belief at this time, the United States of America, *ex rel.* Department of Education, holds a separate note not subject to this assignment.