Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

Kristina Ingram,
Plaintiff

v.

United States Department of Education, et al.
Defendant
Adv. Proc. No. 2:21–ap–07004           Judge: Bianca M Rucker

In Re: Kristina Ingram
Debtor

                                                                        Bankruptcy Case No.: 2:20–bk–71265
                                                                        Chapter 7

---

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Bianca M Rucker at

Isaac C. Parker Courthouse, 30 S. 6th Street, Fort Smith, AR 72901

on 6/8/21 at 09:00 AM

to consider and act upon the following:

*15* – Motion to Extend Time For Service Filed by Mickey Lynn Stevens on behalf of Kristina Ingram (Stevens, Mickey)


Dated: 5/13/21

                                                         Linda McCormack, Clerk
                                                         By:
                                                         Angie R. Carter
                                                         Deputy Clerk